

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE MATTER OF B. E. E., A JUVENILE, | § | No. 08-21-00121-CV |
|  | § | Appeal from the |
| Appellant. | § | 65th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 1500872) |
|  | § |  |

## **O R D E R**

In order to protect the identity of the minor child who is the subject of this appeal, the Court has determined on its own motion that it is necessary to identify Appellant by his initials, B. E. E., in all papers submitted to the Court, including letters, motions, and briefs. *See* TEX.R.APP.P. 9.8(c). Additionally, the parties are required to identify a minor's parent or other family member by initials or an alias as required by Rule 9.8(c). All documents must be redacted accordingly. The Court will likewise use initials to identify Appellant and family members in correspondence, orders, and in its opinion and judgment.

IT IS SO ORDERED this 8th day of July, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.